# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ERIC ENRIQUE SOTO GONZALEZ,**<br><br>**Defendant.** | **MJ 26-62-GF-JTJ**<br><br><br>**ORDER** |

The government filed an Unopposed Motion to Reset the Material Witness Depositions set for July 10, 2026, in Great Falls. Government counsel had a family emergency that does not allow for July 10 depositions as contemplated. A new schedule for the following week will be submitted by Government counsel upon return to the office. IT IS HEREBY ORDERED that the material witness depositions presently scheduled for July 10, 2026, are VACATED and will be reset by further order of the Court.

DATED this 3rd day of July 2026.

John Johnston
United States Magistrate Judge